| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK KENDALL III, in his official capacity as Secretary, Department of the Air Force<br><br>　　　　Defendant. | Case No.  8:20-cv-01756-JLS-ADS<br><br>**ORDER RE: STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) (Doc. 80)** |

# ORDER

The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 80), HEREBY ORDERS that this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

DATED: December 28, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2